IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 22 AM 11:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-Filing

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>RICHARD L. HATFILED,<br><br>Defendant.<br>_____/ | No. C-07-05373 CW<br>NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |

RE:

Bankruptcy Case: 07-3003 / TEC
Adversary No.:
BAP No.:
Appellant:


The appeal has been assigned the following case number C-07-05373 CW before the Honorable Claudia Wilken.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 2/5/2008 in Courtroom 2, Oakland.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Oct 22, 2007

For the Court
Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record