IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>RICHARD L. HATFIELD,<br>_____/ | No. C 07-05373 CW<br>(USBC No. 07-30031 TEC)<br>CLERK'S NOTICE CONTINUING STATUS CONFERENCE |

    Notice is hereby given that the Bankruptcy Appeal Status Conference, previously set for February 5, 2008, is continued to **March 4, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The Status Conference will stand vacated upon the filing in this Court of the record on appeal at which time a briefing schedule will issue.

Dated:  1/18/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk