IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

RICHARD L. HATFIELD,

_____/

No. C 07-05373 CW

CLERK'S NOTICE CONTINUING BANKRUPTCY APPEAL STATUS CONFERENCE

    Notice is hereby given that the Bankruptcy Appeal Status Conference, previously set for March 4, 2008, is continued to **April 8, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 2/27/08

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk