IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MOORE, et al, | No. C-07-5373 MMC |
| Appellant(s), | **CLERK'S NOTICE** |
| v. | |
| RICHARD L. HATFIELD, | |
| Appellee. | |

**YOU ARE NOTIFIED** that the Court has scheduled a Bankruptcy Appeal Status Conference for Friday, April 11, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney. **This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing scheduled will issue.**

The parties are advised that a joint status conference statement is due on or before Friday, April 4, 2008.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**FOR THE COURT,**

Richard W. Wieking, Clerk

Dated: March 18, 2008

_Tracy Lucero_
Tracy Lucero, Deputy Clerk