# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin          San Francisco Bankruptcy Court          (415) 268-2300
Clerk of Court                        235 Pine St.
                                    P.O. Box 7341
                              San Francisco, CA 94120-7341

Richard W. Wieking, Clerk
United States District Court                          **FILED**
450 Golden Gate Avenue
San Francisco, CA 94102-3489                          APR 0 4 2008

                                                      UNITED STATES BANKRUPTCY COURT
                                                      SAN FRANCISCO, CA

Re: *Richard L. Hatfield*
        07-30031 *Judge Thomas E. Carlson*

Dear Mr. Wieking:

Enclosed please find the record of designated items and a certificate of record for an appeal that
has been previously sent to the district court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy
of this letter and return it to *United States Bankruptcy Court, San Francisco Division.*

                                        Gloria L. Franklin, Clerk
                                        United States Bankruptcy Court


Dated:  **APR 0 4 2008**          By: _____  **Cooper Glosenger**
                                         Deputy Clerk

**FILED**

APR - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 0 4 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re:Richard L. Hatfield

Debtor

Case Number:  07-30031 TC

Chapter: 7

DC Case No.: 3-07-05373 CW

mmc

### CERTIFICATE OF RECORD

The undersigned Deputy Clerk of the U. S. Bankruptcy Court, San Francisco Division, hereby certifies that the record on appeal in complete and ready for transmission. The Designation of Record and Statement of Issues have been filed and copies are provided with this certificate. The status of the transcripts are as follows:

[X ] All transcript(s) requested by either the Appellant or Appellee have been filed with this court and a copy is attached.

[ ] No transcripts were requested by either the Appellant or Appellee.

Dated: 4/4/2008

Gloria L. Franklin, Clerk
United States Bankruptcy Court

By:

Cooper Glosenger

Deputy Clerk

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

**FILED**

APR 0 4 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In Re:  Richard L. Hatfield
        Debtor

BK Case No.: 07-30031 TC
DC Case No.: 3-07-05373 CW

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, at San Francisco, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the foregoing document:

CERTIFICATE OF RECORD

by depositing it in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

United States Trustee
235 Pine Street #700
San Francisco, CA  94104

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Ian Macdonald
Law Offices of Macdonald and Assoc.
2 Embarcadero Center #1670
San Francisco, CA 94111-3930

James H. Seymour, Esq.
706 Cowper Street
PO Box 1040
Palo Alto, CA 94302-1040

Ricardo C. Saria
PO Box 1738
Palo Alto, CA 94302

DATED: 4/4/08

Cooper Glosenger

Deputy Clerk