**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

April 11, 2008

TO COUNSEL OF RECORD:

CIVIL NUMBER:  **CV 07-05373 MMC**

CASE TITLE:  **Moore -v- Hatfield**

BANKRUPTCY NUMBER: **07-30031 TEC**

## NOTICE OF BRIEFING

　　　　The Record on Appeal in the above matter was entered in the docket of this Court on 4/8/08.  Pursuant to U.S. Bankruptcy Rule 8007 and B.L.R. 8007-1, the appellant shall serve and file a brief on 05/08/08  (30 days after entry in the District Court docket).

　　　　The appellee shall serve and file a brief 20 days after service of appellant's brief.

　　　　The appellant may serve and file a reply brief 10 days after service of appellee's brief.

　　　　The appellee may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal 10 days after service of appellant's reply brief.

　　　　The Bankruptcy Status Conference date is hereby **VACATED**.

　　　　Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the court orders otherwise.

　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　by:  Alfred Amistoso
　　　　　　　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

NDC Bkcy-1  Rev. 7/96