IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                                    No. C 07-5373 MMC

RICHARD L. HATFIELD,                          **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Debtor

_____/

Appellants Jennifer M. Moore, Carey & Carey A Law Corporation, and Ricardo C. Saria have filed a notice of appeal in the above-titled action, by which they appeal the order, issued October 5, 2007 by the United States Bankruptcy Court, Northern District of California, awarding attorneys' fees to Richard Hatfield. (See Notice of Appeal at 1:1-5.)

On April 11, 2008, the Clerk of the Court entered a "Notice of Briefing," which notice included, inter alia, the deadline of May 8, 2008, by which appellants were to file an opening brief. To date, appellants have not filed such a brief, nor any other document.

Accordingly, appellants are hereby ORDERED TO SHOW CAUSE in writing, no later than May 29, 2008, why the action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 15, 2008

MAXINE M. CHESNEY
United States District Judge