James H. Seymour  SBC No. 048651
706 Cowper Street
Palo Alto, California  94301
Telephone:  (650) 323-7226
Counsel for Appellant
Jennifer M. Moore

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C 07-05373 MMC |
| | |
| RICHARD L. HATFIELD, | Appeal from USBC (N.D. Cal.)<br>No.  07-30031  TEC  7 |
| | |
| | **RESPONSE BY APPELLANT**<br>**JENNIFER M. MOORE TO**<br>**ORDER TO SHOW CAUSE** |
| Alleged Debtor. | **RE DISMISSAL AND NOTICE**<br>**OF BANKRUPTCY STAY** |

Appellant Jennifer M. Moore (Moore) responds to the Court's order of 15 May 2008 requiring Moore to show cause why this appeal should not be dismissed pursuant to Rule 41(b), F. R. Civ. P., for failure to prosecute.

Pursuant to the order (attached as Exhibit A),[1] on 8 April 2008, a bankruptcy case filed by appellee Richard L. Hatfield (Hatfield) was converted to a Bankruptcy Code Chapter 7 liquidation case.  This bankruptcy case is a *separate and subsequent* bankruptcy case to the involuntary case against Hatfield which resulted in this pending appeal.

The automatic stay effected pursuant to Bankruptcy Code, sec. 362 stays all action in legal proceedings, including appeals, which were originally brought against Hatfield.

---

[1]The Court is respectfully requested to judicially notice the order attached as Ex. A.

---

*Parker vs. Bain*, 68 F.3d 1131, 1135-36 (9th Cir. 1995); *Ingersoll Rand Financial Corp. vs. Miller Mining Co.*, 817 F.2d 1424, 1426-27 (9th Cir. 1987).

As demonstrated by the first document in the appellate record, the captioned appeal arises from an involuntary bankruptcy petition *brought against* Hatfield. Consequently, Hatfield's subsequent voluntary Chapter 7 case has resulted in the staying of all proceedings in this appeal pursuant to the automatic stay effected by his voluntary bankruptcy petition.

The Court is respectfully requested to discharge its order to show cause and observe the automatic stay of this appeal pending further order of the bankruptcy court.

Respectfully submitted,

JAMES H. SEYMOUR

Dated: 29 May 2008                    */s/ James H. Seymour*
                                    James H. Seymour
                                    Counsel for Appellant Jennifer M. Moore

EXHIBIT A TO

RESPONSE OF JENNIFER MOORE

TO ORDER TO SHOW CAUSE

AND NOTICE OF BANKRUPTCY STAY

IN CASE NO. C 07-5373 MMC

Entered on Docket
April 09, 2008

GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1

2          **Signed and Filed: April 08, 2008**

3

4          _____
           **THOMAS E. CARLSON**
5          **U.S. Bankruptcy Judge**
_____
6    DONNA S. TAMANAHA, Assistant United States Trustee (WI#I013199)
     EDWARD G. MYRTLE, Trial Attorney (DC#375913)
7    U.S. Department of Justice
     Office of the United States Trustee
8    235 Pine Street, Suite 700
     San Francisco, CA  94104
9    Telephone: (415) 705-3333
     Facsimile:  (415) 705-3379
10
11   Attorneys for Acting United States Trustee
      SARA L. KISTLER
12
                    **UNITED STATES BANKRUPTCY COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14   In re                          )    No.     08-30154 TEC
                                     )
15                                   )    Chapter 11
     **RICHARD L. HATFIELD**,        )
16                                   )
              Debtor.                )
17                                   )
     _____)
18                                   )

19                  <u>**ORDER CONVERTING CASE TO CHAPTER 7**</u>

20          Debtor filed the above-captioned chapter 11 case on January 31, 2008.  On February 8, 2008, the

21   Court served on Debtor through counsel of record a chapter 11 status conference order, directing

22   Debtor's principal bankruptcy counsel to appear at a chapter 11 status conference set for April 4, 2008,

23   at 9:30 a.m.  Appearances were noted on the record.

24          Upon due consideration, for the reasons stated on the record at the status conference, the Court

25   hereby orders as follows:

26          **IT IS HEREBY ORDERED** this chapter 11 case is converted to chapter 7.

27          **IT IS FURTHER ORDERED** that the interim trustee selected by the appointment process

28   instituted by the United States Trustee is Andrea Wirum who is to serve under the blanket bond that is in

ORDER CONVERTING CASE TO CHAPTER 7                                                    - 1 -

1  place in this district.

2  Approved as to form:

3  Dated: 04/04/08                    _____/s/_____
                                        Joel K. Belway, Attorney for Debtor

4

5  Dated: 04/04/08                    _____/s/_____
                                        Robert F. Kidd, Proposed Counsel for Committee

6

7  Dated: 04/04/08                    _____/s/_____
                                        James H. Seymour, Counsel for Creditor Moore

8

9  Dated: 04/04/08                    _____/s/_____
                                        Elizabeth Berke-Dreyfuss, Counsel for Creditors Spees and Rnjak

10

11 Dated: 04/08/08                    _____/s/_____
                                        Michael St. James, Counsel for Creditors Sheldon

12

13                                     **** END OF ORDER ****

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONVERTING CASE TO CHAPTER 7                                          - 2 -

1

**COURT SERVICE LIST**

2

Debtor
Richard L. Hatfield
3   50 Echo Lane
Star Route #52
4   Woodside, CA 94062

5   Debtor's Counsel
Joel K. Belway
6   235 Montgomery St., #668
San Francisco, CA 94104

7

Requests for Special Notice
8   Michael St. James
St. James Law
9   155 Montgomery St., Ste. 1004
San Francisco, CA 94104

10

James H. Seymour
11  706 Cowper St.
Palo Alto, CA 94301

12

Chris D. Kuhner
13  Kornfield Paul & Nyberg, PC
1999 Harrison St., Ste. 2675
14  Oakland, CA 94612

15  Washington Mutual Bank
P.O. Box 44090
16  Jacksonville, FL 32231-4090

17  Michael D. Cooper
Wendel, Rosen, Black & Dean, LLP
18  1111 Broadway, 24th Fl.
Oakland, CA 94607

19

Law Offices of Dave M. McGraw
20  A Professional Corporation
2890 North Main St., Ste. 307
21  Walnut Creek, CA 94597-2738

22  Proposed Committee Counsel
Robert F. Kidd
23  Stein, Rudser, Cohen & Magid LLP
825 Washington St., Ste. 200
24  Oakland, CA 94607

25  Chapter 7 Trustee
Andrea Wirum
26  P. O. Box 1108
Lafayette, CA 94549

27

Office of the United States Trustee
28  Edward G. Myrtle

ORDER CONVERTING CASE TO CHAPTER 7                                    - 3 -

1 | Office of the United States Trustee
235 Pine Street, Suite 700
2 | San Francisco, CA 94104
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONVERTING CASE TO CHAPTER 7                                                        - 4 -