IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                              No. C 07-5373 MMC

    RICHARD L. HATFIELD,              **ORDER DISCHARGING ORDER TO SHOW CAUSE; CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES**

           Debtor

_____/

On May 29, 2008, in response to the Court's Order to Show Cause, appellant Jennifer M. Moore notified the Court that the above-titled appeal has been automatically stayed, pursuant to 11 U.S.C. § 362(a), by reason of appellee Richard L. Hatfield's having instituted, in the United States Bankruptcy Court for the Northern District of California, bankruptcy proceedings separate from the bankruptcy proceedings that are the subject of the instant appeal.

Accordingly, the Order to Show Cause issued May 15, 2008 is hereby DISCHARGED and the above-titled action is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: June 5, 2008

                                             MAXINE M. CHESNEY
                                             United States District Judge